PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: William Wittmer                                                    Cr.: CR 03-639-01

Name of Sentencing Judicial Officer: Dickinson R. Debevoise, Sr. U.S.D.J.

Date of Original Sentence: 01/26/2004

Original Offense: Enticement of a Minor to Engage in Sexual Acts

Original Sentence: 27 months imprisonment followed by a 3 year term of supervised release

Type of Supervision: Supervised Release                          Date Supervision Commenced: 03/06/2006

### PETITIONING THE COURT

[X]     To modify the conditions of supervision as follows:

The defendant shall consent to and cooperate with unannounced examinations of any computer owned or controlled by the defendant, which may result in retrieval and copying of all data from the computer(s) and any internal or external peripherals, and may involve removal of such equipment for the puerposes of conducting more thorough inspection.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant shall participate in an approved program of sex offender evaluation and treatment, which may include polygraph and plethysmograph examinations, as directed by the probation officer. Any refusal to submit to such assessment or tests as scheduled is a violation of the conditions of supervision. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or presentence report to the treatment agency for continuity of treatment.

The defendant shall consent to third-party disclosure to any employer, potential employer, community service site, or other interested party, as determined by the probation officer, of any computer-related restrictions that are imposed.

### CAUSE

Wittmer declined participation in the Bureau of Prison's Sex Offender Treatment Program at F.C.I. Butner in Butner, North Carolina. Given his lack of participation in treatment, the addition of the above condition will enable the supervision officer to direct Wittmer into sex offender treatment and will assist in monitoring this offender in the community.

PROB 12B - Page 2
William Wittmer

Respectfully submitted
By: Paul E. Choinski
U.S. Probation Officer
Date: 04/03/2006

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date

*cc: Sentencing district*

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF VERMONT

AUG 0 5 2004

U.S. PROBATION OFFICE
DISTRICT OF NJ

I __William Lawrence Wittmer__ have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall participate in an approved program of sex offender evaluation and treatment, which may include polygraph and plethysmograph examinations, as directed by the probation officer. Any refusal to submit to such assessment or tests as scheduled is a violation of the conditions of supervision. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

2. The defendant shall register as a sex offender in any state where the defendant resides, is employed, performs volunteer service, carries on a vocation, or is a student as directed by the probation officer.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

4. The defendant shall provide the probation officer with access to any requested financial records, including, but not limited to, telephone bills, cable and Internet service provider records, and credit card statements.

5. The defendant shall consent to the installation of systems that will enable the probation office or designee to monitor computer use on any computer owned or controlled by the defendant.

WITTMER, William Lawrence          2.          Waiver of Hearing to Modify Conditions

6. The defendant shall consent to and cooperate with unannounced examinations of any computer owned or controlled by the defendant, which may result in retrieval and copying of all data from the computer(s) and any internal or external peripherals, and may involve removal of such equipment for the purposes of conducting a more through inspection.

7. The defendant shall consent to third-party disclosure to any employer, potential employer, community service site, or other interested party, as determined by the probation officer, of any computer-related restrictions that are imposed.

Witness: _____  Signed: _____
Joseph C. Sampsell                   William Lawrence Wittmer
U.S. Probation Officer               Supervised Releasee

NAME _____ TITLE _Case Manager_     7-26-2004
AUTHORIZED BY ACT OF JULY 7, 1955,       DATE
AS AMENDED, TO ADMINISTER OATHS
(18 USC 4004)